**E-FILED on 12/17/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY, | No. C 12-5885 RMW (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| Y. FRANCO, | |
| Defendant. | (Docket No. 43) |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On October 20, 2014, defendant filed a motion for summary judgment. (Docket No. 35.) On November 13, 2014, plaintiff filed a motion for an extension of time to file an opposition due to his inability to complete an opposition while he was out of the institution testifying in another matter. (Docket No. 43.)

Having shown good cause, plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to defendant's motion for summary judgment **within twenty-eight (28) days** of the filing date of this order. Defendant shall file a reply **within fourteen (14) days** after the opposition is filed.

This order terminates docket number 43.

IT IS SO ORDERED.

DATED: 12/17/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to file Opposition
P:\PRO-SE\RMW\CR.12\Hardaway885eot-opp-sj.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

        Plaintiff,

  v.

Y. FRANCO et al,

        Defendant.

Case Number: CV12-05885 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
Salinas Valley State Prison
B2-217
PO Box 1050
Soledad, CA 93960

Dated: December 17, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk