IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONNY RAY HARDAWAY, | ) | No. C 12-5885 RMW (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | ) ) | |
| Y. FRANCO, | ) ) | |
| Defendant. | ) ) | (Docket No. 44) |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On October 20, 2014, defendant filed a motion for summary judgment.  (Docket No. 35.)  After receiving an extension of time, plaintiff filed a opposition on January 5, 2015.  (Docket No. 47.)  Defendant has filed a reply.  (Docket No. 48.)

Pending before this court is a motion filed by plaintiff on December 16, 2014, requesting an extension of time to file an opposition to defendant's motion for summary judgement. (Docket No. 44.)  Given the timely filing of plaintiff's opposition, plaintiff's motion is **DENIED** as moot.

This order terminates docket number 44.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Extension of Time to file Opposition
P:\PRO-SE\RMW\CR.12\Hardaway885eot-opp-moot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Y. FRANCO et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV12-05885 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
Salinas Valley State Prison
B2-217
PO Box 1050
Soledad, CA 93960

Dated: February 11, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk