1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| SONNY RAY HARDAWAY, | ) | No. C 12-5885 RMW (PR) |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| Y. FRANCO, | ) | |
| Defendant. | ) | |

The court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

P:\PRO-SE\RMW\CR.12\Hardaway885jud.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,

  v.

Y. FRANCO,

    Defendant.

Case No. 12-cv-05885-RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dated: June 30, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Jackie Lynn Garcia, Deputy Clerk to the
Honorable RONALD M. WHYTE